2023R00817/KRW

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 25-00459-001 (RmB) |
| | : | |
| DELORA NEAL | : | 18 U.S.C. §§ 933(a)(1), (g)(1), and 922(a)(1)(A) |

### INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT 1
(Trafficking in Firearms)

Between on or about September 26, 2023 and on or about December 18, 2023, in Camden County, in the District of New Jersey and elsewhere, the defendant,

### DELORA NEAL,

did knowingly and willfully ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, that is, a 9mm Taurus Pistol, Model PT 111, bearing serial number TVK95480 with eight rounds of 9mm ammunition, and ten Glock variant PMF pistols, to another person, in and otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, and possession of firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 2
(Possession of Firearms by a Convicted Felon)

On or about December 18, 2023, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

DELORA NEAL,

knowing that she had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess two firearms, namely, two privately made firearms, Glock type platform pistols, and the firearms were in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3
(Engaging in the Business of Dealing Firearms Without a License)

Between on or about September 26, 2023 and on or about December 18, 2023, in Camden County, in the District of New Jersey and elsewhere, the defendant,

### DELORA NEAL,

not being a licensed dealer, did knowingly and willfully engage in the business of importing, manufacturing and dealing in firearms, namely, a 9mm Taurus Pistol, Model PT 111, bearing serial number TVK95480 with eight rounds of 9mm ammunition, and ten Glock variant PMF pistols, and in the course of such business shipped, transported and received firearms in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(a)(1)(A).

## FORFEITURE ALLEGATION

1.  The allegations contained in this Information are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offenses in violation of Title 18, United States Code, Sections 933(a)(1), 922(g)(1), and 922(a)(1)(A), set forth in this Information, the defendant,

DELORA NEAL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to one 9mm Taurus Pistol, Model PT 111, bearing serial number TVK95480 with eight rounds of 9mm ammunition, and ten Glock variant PMF pistols.

## SUBSTITUTE ASSETS PROVISION

3.  If any of the above forfeitable property, as a result of any act or omission or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third person;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty; the United States intends, pursuant to Title 21, United States

Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

*Alina Habba*
ALINA HABBA
United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

DELORA NEAL

INFORMATION FOR

18 U.S.C. § 933(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(a)(1)(A)

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

KATELYN R. WAEGENER
SPECIAL ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY